NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LERON J. FULLER,**
*Petitioner,*

v.

**DEPARTMENT OF THE NAVY,**
*Respondent.*

---

2011-3180

---

Petition for review of the Merit Systems Protection Board in case no. DC0752110275-I-1.

---

## ON MOTION

---

## ORDER

Leron J. Fuller moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

For The Court

JUL 19 2011

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Leron J. Fuller
    Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 19 2011

JAN HORBALY
CLERK